United States District Court
Northern District of New York

# SECOND AMENDED
# JUDGMENT IN A CIVIL CASE

**CATSKILL MOUNTAINS CHAPTER OF TROUT UNLIMITED, INC.; THEODORE GORDON FLYFISHERS, INC.; CATSKILL-DELAWARE NATURAL WATER ALLIANCE, INC.; FEDERATED SPORTSMEN'S CLUBS OF ULSTER COUNTY, INC.; and RIVERKEEPER, INC.,**

        **Plaintiffs,**

 V.              **CASE NUMBER:** **1:00-CV-511**

**CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION; JOEL A. MIELE, SR., Commissioner of Department of Environmental Protection,**

        **Defendants.**

| | |
|---|---|
| **[ ] Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **[ X ] Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

  IT IS ORDERED AND ADJUDGED that Defendants are liable for civil penalties in the amount of $5,225,000.00, pursuant to 33 USC §1319(d); and plaintiffs are awarded attorney's fees in the amount $49,630.42 and costs in the amount of $127.83.

  All of the above pursuant to the orders of the Honorable Senior Judge Frederick J. Scullin, Jr., dated the 23rd day of October, 2006 and the 9th day of June, 2008.

**DATE:**  June 9, 2008          **LAWRENCE K. BAERMAN**
                       **CLERK OF COURT**

                         s/

                         _____
                         **By:**  Lori M. Welch
                             Deputy Clerk