United States District Court
Northern District of New York

# CORRECTED SECOND AMENDED JUDGMENT IN A CIVIL CASE

**CATSKILL MOUNTAINS CHAPTER OF
TROUT UNLIMITED, INC.; THEODORE GORDON
FLYFISHERS, INC.; CATSKILL-DELAWARE
NATURAL WATER ALLIANCE, INC.; FEDERATED
SPORTSMEN'S CLUBS OF ULSTER COUNTY, INC.;
and RIVERKEEPER, INC.,**

      **Plaintiffs,**

 V.            **CASE NUMBER:** 1:00-CV-511

**CITY OF NEW YORK; NEW YORK CITY DEPARTMENT
OF ENVIRONMENTAL PROTECTION; JOEL A. MIELE, SR.,
Commissioner of Department of Environmental Protection,**

      **Defendants.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that Defendants are liable for civil penalties in the amount of $5,225,000.00, pursuant to 33 USC §1319(d); and plaintiffs are awarded attorney's fees in the amount of $241,905.26 and costs in the amount of $82,092.15.

  All of the above pursuant to the orders of the Honorable Senior Judge Frederick J. Scullin, Jr., dated the 29th day of September, 2003, the 23rd day of October, 2006 and the 9th day of June, 2008.

**DATE:** June 10, 2008        **LAWRENCE K. BAERMAN
CLERK OF COURT**

                   s/

                   _____
                   By: Lori M. Welch
                     Deputy Clerk